ROBERT GIBSON and Others, Appellants, v. THE QUICKSILVER MINING COMPANY and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and plaintiffs' motion for a stay as specified in their notice of motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

WILLIAM J. BEAULEY, Appellant, v. HARRIET W. BEAULEY, Respondent.— Order granting motion to frame issues modified as stated in order, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

WILLIAM J. BEAULEY, Appellant, v. HARRIET W. BEAULEY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ALFRED KAHN, Respondent, v. DENNISON MANUFACTURING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

FIRST NATIONAL BANK OF ANN ARBOR, MICHIGAN, Respondent, v. JOHN FARSON and Another, Individually and as Copartners, etc., Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted to the extent of requiring additional undertaking in the sum of $1,000, on the authority of *Banes* v. *Rainey* (192 N. Y. 292). Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

SARAH E. LODEWICK, Appellant, v. ESTHER J. SCHULTZ, Impleaded with JULIANA CUTTING, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

SARAH E. LODEWICK, Appellant, v. ESTHER J. SCHULTZ, Impleaded with JULIANA CUTTING, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MARGUERITE E. HAND, Respondent, v. CLAUDIUS A. HAND, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

EMMA C. SHAW, Respondent, v. JAMES G. SHAW, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

EMPIRE LIGHTING FIXTURE COMPANY, INC., Appellant, v. SAMUEL CUTLER and Others, Respondents.— Order modified by imposing as a condition for the opening of the default the payment of thirty dollars together with ten dollars costs of motion and the disbursements on entering judgment, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

HILLIARD J. ROSENCRANTZ, Appellant, v. GASTON, WILLIAMS & WIGMORE, INC., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the authority of *Commercial Trust Co.* v. *Columbia Trust Co.* (183 App. Div. 106). Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.